UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-05603-RGK (CWx) | Date | March 29, 2012 |
|---|---|---|---|
| Title | SUZANNE JAFFE STILLMAN v. NOVARTIS CONSUMER HEALTH INC. et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause Re: February 6, 2012 Order Dismissing Indirect Infringement Claims

On February 6, 2012, the Court granted Motions to Dismiss filed separately by Bayer Healthcare LLC and Wal-Mart Stores, Inc. to dismiss the claims of indirect infringement brought by Plaintiff Suzanne Stillman in her Second Amended Complaint ("SAC").

The allegations of indirect infringement, both induced and contributory, in the SAC are substantially similar as to all of the parties. Plaintiff merely changes the name of the Defendant's accused product in each paragraph of the allegations.

Therefore, the parties are hereby **ordered to show cause in a writing not to exceed ten pages filed by noon on Wednesday, April 11, 2012,** as to why the analysis of the Court's February 6, 2012 Order (DE 165) should not be applied to the remaining Defendants. Failure to reply may result in dismissal of the claims of indirect infringement as to the remaining Defendants.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | slw | |